United States District Court

Eastern District of California

Daniel J. Carpenter,

       Plaintiff,                   No. Civ. S 05-2066 DFL PAN P

  vs.                               Order

Arnold Schwartzenegger,

       Defendant.

-oOo-

    October 13, 2005, plaintiff, a prisoner at Mule Creek State Prison, filed a request for leave to proceed in forma pauperis in a civil rights action and a document styled, "Ex Parte Request to File and Stay the Attached Complaint and Request for Temporary, Injunctive, and Relief: Without Concurrent Service."

    To commence an action, plaintiff must file a complaint (see Fed. R. Civ. P. 3) and pay the $250 filing fee or seek leave to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a). While plaintiff has filed an application for leave to proceed in

1  forma pauperis, he has not submitted a complaint.  The court
2  cannot issue orders for relief until an action has been commenced
3  by filing a complaint.
4      Accordingly, the court hereby orders that:
5      1.  The Clerk of the Court shall send plaintiff the court's
6  form for a civil rights action.
7      2.  Within 30 days, plaintiff shall lodge a complaint.
8  Otherwise this file will be closed.
9      Dated:  January 24, 2006.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge