IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL J. CARPENTER,

    Plaintiff,                        No. CIV S-05-2066 DFL PAN P

    vs.

ARNOLD SCHWARTZENEGGER,

    Defendant.                      FINDINGS AND RECOMMENDATIONS

_____/

        On October 13, 2005, plaintiff, a prisoner at Mule Creek State Prison, filed an application for leave to proceed in forma pauperis in a civil rights action. See 42 U.S.C. § 1915(a). On January 24, 2006, the court informed plaintiff that to commence an action he must file a complaint and gave plaintiff 30 days to do so.

        The 30 days have passed and plaintiff has not filed a complaint or in any way responded to the order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 20 days after being served with these findings and recommendations, plaintiff may file written objections.

1  Such a document should be captioned "Objections to Magistrate Judge's Findings and
2  Recommendations."  Failure to file objections within the specified time may waive the right to
3  appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
4  DATED: March 21, 2006.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/004
/carp2066.f&r ftf comp